RICHARD A. WRIGHT, ESQ.
Nevada Bar No. 0886
WRIGHT JUDD & WINCKLER
300 South Fourth Street
Ste. 701
Las Vegas, NV 89101
Attorneys for Movant JEFFS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:  Seizure and Impound of Property  ) <br>          from Cadillac Escalade on               ) <br>          August 28, 2006                              ) <br> _____ ) | Case No. 2:06-cv-1089-RCJ-GWF |

**STIPULATION AND ORDER TO MOTION TO DISMISS**

1. Respondent United States and Movant Warren Jeffs, by and through their respective counsel, do hereby agree and stipulate that the above-captioned matter be dismissed as moot.

2. On September 5, 2006, Movant initialed the instant action by filing an "Emergency Rule 41(g) Motion and Motion to Seal Privileged and Constitutionally Protected Records." By Order dated April 12, 2007, this Court stayed the instant matter pending disposition of a related emergency motion filed by Movant in the criminal case captioned United States v. Warren Steed Jeffs, 2:07cr00148, District of Utah, Central Division.

3. On May 24, 2007, United States District Court Judge Dee Benson, District of Utah, held a hearing on the emergency motion in the referenced criminal case and

subsequently entered an order addressing the claims for relief sought by the Movant in the instant case. Therefore, the parties agree and stipulate that the instant case should be dismissed as moot.

DATED this 26th day of June, 2007.

| STEVEN MHYRE | WRIGHT, JUDD & WINCKLER |
| United States Attorney | |

By:		/s/			By:		/s/
_____		_____
JARED C. BENNETT				RICHARD A. WRIGHT
Special Assistant U.S. Attorney		Counsel for Movant Jeffs
Counsel for Respondent

**IT IS SO ORDERED,** upon stipulation of the parties and good cause shown, that the above-captioned matter, initiated by Movant's "Emergency Rule 41(g) Motion and Motion to Seal Privileged and Constitutionally Protected Records" on September 5, 2006, is **DISMISSED** as moot.

Dated this 11th day of July, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -

1  RICHARD A. WRIGHT, ESQ.
   WRIGHT JUDD & WINCKLER
2  Nevada Bar No. 00886
3  300 South Fourth Street Ste. 701
   Las Vegas, NV 89101
4  (702) 382-4004
   Attorneys for Movant
5

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: Seizure and Impound of Property from Cadillac Escalade on August 28, 2006 | Case No. 2:06-cv-1089-RCJ-GWF |

## CERTIFICATE OF SERVICE

The undersign certifies that I am an employee of Wright, Judd & Winckler, and that on this date I caused the foregoing "Stipulation and Order to Motion to Dismiss" to be delivered via electronic case filing to the following:

Jared C. Bennett    jared.bennett@usdoj.gov

William L. Bryson   lshahan@aldrichbryson.com, wbryson@aldrichbryson.com

Stanley W. Parry    curranparry@curranparry.com

Michael D. Stanger  mstanger@cnmlaw.com

Blaine T. Welsh     Blaine.Welsh@usdoj.gov.eunice.jones@usdoj.gov;
                    sue.knight@usdoj.gov

DATED this 27th day of June 2007.

                                    /s/
                                    Debbie Caroselli, An employee of Wright,
                                    Judd & Winckler